Filer's Name, Address, Phone, Fax, Email:

Ty A. Berrios
52 Windsor Way
Camp Hill, PA 17011
717-648-0616



hib_1017-1 (10/09)

Debtor: Ty A. Berrios
Joint Debtor: (if any) Lucinda K. Berrios

Case No.: 1:10-BK-02269
Chapter 7

## DEBTOR'S MOTION TO CONVERT CHAPTER 7 CASE TO ANOTHER CHAPTER

[Use this form *only* if this case was not converted from another chapter. If converted previously under 11 U.S.C. § 1112, 1208, or 1307, a motion to reconvert requires a supporting memorandum or declaration, and a notice of hearing sent to all creditors.]

The undersigned moves under 11 U.S.C. § 706(a) to convert this Chapter 7 case to a case under:

- [ ] Chapter 11 ($755 filing fee)
- [ ] Chapter 12 (no fee)
- [X] Chapter 13 (no fee)

**NOTICE IS HEREBY GIVEN:**
**Your rights may be affected.** You should read the motion and any accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to convert this case, then you or your attorney must file an objection and request for a hearing position not later than:

May 10, 2010 (Date) (at least 14 days after date the motion is filed)

Any objection must be filed with the court at: United States Bankruptcy Court
Pennsylvania Middle District

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the deadline above. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting the motion.

/s/ _____ Debtor/Attorney
Dated: April 23, 2010

/s/ _____ Joint Debtor/Attorney
Dated: April 23, 2010