pihrg (04/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ty Aaron Berrios
**Debtor(s)**                                    Chapter 7

MEMBERS 1ST FEDERAL CREDIT UNION                 Case No. 1:10−bk−03269−RNO
**Objector(s)\Movant(s)**

vs.

TY AARON BERRIOS
**Respondent(s)**

## NOTICE TO PARTIES IN INTEREST

The hearing on the below matter has been scheduled for the below date, time and location.

A Motion for Protective Order Pursuant to Federal Rule of Civil Procedure (FRCP) 26(c) and Federal Rules of Bankruptcy Practive (FRBP) Local Rule 7005−2 was filed by Movant on May 13, 2010.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: 6/9/10<br>Time: 11:00 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 14, 2010 |

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: KDavis              Page 1 of 1               Date Rcvd: May 14, 2010
Case: 10-03269                Form ID: pihrg            Total Noticed: 1
```

The following entities were noticed by first class mail on May 16, 2010.
db          +Ty Aaron Berrios,   52 Windsor Way,   Camp Hill, PA 17011-1751

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2010                          Signature:        *Joseph Speetjens*