# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

TY AARON BERRIOS

Chapter 13

Case No.: 1-10-bk-03269-RNO

Debtor(s)

## ORDER CONVERTING CASE

Upon consideration of the Motion of Debtor, and it having been determined after notice and that no Objections having been filed in the above-referenced case, it is

**ORDERED** that this case be and it hereby is converted from a case under 11 U.S.C. Chapter 7 to a case under 11 U.S.C. Chapter 13, and it is further

**ORDERED** that the present trustee be and hereby is discharged.

By the Court,

Robert N. Opel, II, Bankruptcy Judge
(PAR)

*This document is electronically signed and filed on the same date.*

Dated: May 24, 2010